UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   2:25–cv–02936–MWF–AS          Date         April 22, 2026

Title        THOUSAND, INC. V. RETROSPEC, INC. ET AL

---

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

           Rita Sanchez                                   Not Reported;
       Courtroom Deputy                                Court Reporter

   Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):
             None Present                                 None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**


       In light of the Notice of Settlement filed 4/21/26, the Court sets a hearing on Order To Show Cause Re Dismissal for June 15, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

       **IT IS SO ORDERED.**


                                                        Initials of Clerk:  rs